385 A.2d 973

**COMMONWEALTH of Pennsylvania**

v.

**Elijah LEDBETTER, Appellant (two cases).**

Supreme Court of Pennsylvania.

Argued April 10, 1978.

Decided May 15, 1978.

Lawrence S. Rosenwald, Philadelphia, for appellant.

Edward G. Rendell, Dist. Atty., Steven H. Goldblatt, Deputy Dist. Atty. for Law, Robert B. Lawler, Chief, Appeals Div., Marrianne E. Cox, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, and LARSEN, JJ.

## OPINION

PER CURIAM:

Judgments of Sentence affirmed.

MANDERINO, J., did not participate in the consideration or decision of this case.